AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

TED W. ROOKSTOOL and LEAH C. ROOKSTOOL,

    Petitioners,

V.

UNITED STATES DEPARTMENT OF AGRICULTURE,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:06-cv-00499-LRH-VPC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that Petitioners' Motion for Summary Judgment (#13) is hereby GRANTED. The Director's determination is hereby REVERSED and REMANDED for reconsideration and clarification consistent with this order.

IT IS FURTHER ORDERED that USDA's Cross-Motion for Summary Judgment (#15) is hereby DENIED.

February 15, 2008

**LANCE S. WILSON**
Clerk

/s/ Pamela McDonald
Deputy Clerk